UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

---------------------------------------------------------------------------x
Tito Quesada,
 individually and on behalf of all others similarly situated,   Civil Action No:
 3:22-cv-4
                                  Plaintiff,



        -v.-

Portfolio Recovery Associates, LLC, and
John Does 1-25



                                  Defendants.
---------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

   Please take notice that parties have settled the above-referenced case.  This settlement is contingent upon the execution of a written settlement agreement.  The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice.  Please vacate all currently scheduled dates in this matter.


DATED, this 21st day of June, 2022

                             /s/Yaakov Saks
                             Yaakov Saks, Esq.
                             **Stein Saks, PLLC**
                             One University Plaza
                             Hackensack, NJ 07601
                             Ph: 201-282-6500
                             ysaks@steinsakslegal.com

1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 21, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      */s/ Yaakov Saks*
                                      Yaakov Saks, Esq.