Case 3:22-cv-00004   Document 37   Filed on 07/27/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TITO QUESADA, § § Plaintiff, § VS. § PORTFOLIO RECOVERY § ASSOCIATES, LLC, *ET AL.*, § § Defendants. § | CIVIL ACTION NO. 3:22-CV-004 |

## ORDER OF DISMISSAL

On July 26, 2022, the plaintiff Tito Quesada and the defendant Portfolio Recovery Associates, LLC, filed a Joint Stipulation of Dismissal—with prejudice as to Quesada's claims and without prejudice as to the claims of the putative class—pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 36.

Accordingly, it is hereby **ORDERED** that all claims asserted by Quesada against Portfolio Recovery Associates, LLC, in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island on this the 27th day of July, 2022.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE